UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. PELLIGRINO,

               Plaintiff,

               v.

MORGAN STANLEY SMITH BARNEY LLC,
MORGAN STANLEY SMITH BARNEY FA
NOTES HOLDINGS LLC, AND EVAN
BOUCHER,

               Defendants.

| USDC-SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 5-4-20 |

17-CV-7865 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this action on October 13, 2017, and on May 31, 2018, the Court granted Defendants' motion to compel arbitration and stayed the case pending resolution of the arbitration. *See* Dkt. 28. The parties submitted a joint status letter on November 29, 2018, indicating that they anticipated the arbitration hearing would be held in July 2019. *See* Dkt. 29. No later than May 15, 2020, the parties shall submit a joint status letter.

SO ORDERED.

Dated:    May 4, 2020
              New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge