USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05-13-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. PELLEGRINO,

                Plaintiff,

v.

MORGAN STANLEY SMITH BARNEY LLC, ET AL.,

                Defendants.

17-CV-7865 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 31, 2018, the Court granted Defendants' motion to compel arbitration and stayed the case pending resolution of the arbitration. *See* Dkt. 28. On May 15, 2020, the parties submitted an update informing the Court of the outcome of the arbitration. Dkt. 32. The Court granted the parties' request for it to retain jurisdiction over the matter in the event that a motion to confirm, modify, or vacate the award is filed pursuant to the FAA. Dkt. 33

No later than May 27, 2021, the parties shall file a joint letter updating the Court on the status of this case, including whether it can now be closed.

SO ORDERED.

Dated:    May 13, 2021
             New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge